IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-mj-01023-GJR-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

WILLIAM D. WALKER,

       Defendant.

## ORDER REDUCING AMOUNT OF FINE

On October 15, 2008, and December 1, 2008, Magistrate Judge Rice ordered the $20,000 fine be reduced by $10 for every hour of community service hours performed by the defendant. As of August 14, 2009, the Probation Officer confirmed the defendant had completed 400.5 hours of community service. Accordingly, it is

ORDERED that the $20,000 fine be reduced by $4,005, less payments collected of $577.05, and the defendant be held responsible for remaining balance of $15,417.95 as of August 25, 2009.

DATED at Grand Junction, Colorado, this 3rd day of September, 2009.

BY THE COURT:

_____
Laird T. Milburn
United States Magistrate Judge